**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: PRIVATE CRIMINAL COMPLAINT : No. 76 MAL 2017
OF ERIC G. MARTTILA :
:
: Petition for Allowance of Appeal from
PETITION OF: ERIC G. MARTTILA : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.